## ORDER

PER CURIAM

**AND NOW,** this 28th day of December, 2016, the Petition for Allowance of Appeal is denied.

■

Daniel KING, Petitioner

v.

RIVERWATCH CONDOMINIUM OWNERS ASSOCIATION, Respondent

No. 605 MAL 2016

Supreme Court of Pennsylvania.

Dec. 28, 2016

## ORDER

PER CURIAM

**AND NOW,** this 28th day of December, 2016, the Petition for Allowance of Appeal is denied.

■

Harry H. MILLER, Executor of the Estate of Regina C. Miller, Deceased

v.

ST. LUKE'S UNIVERSITY HEALTH NETWORK: St. Luke's Hospital of Bethlehem, Pennsylvania d/b/a St. Luke's Hospital; St. Luke's Hospital & Health Network: Susan Schantz: Richard A. Anderson: Blank Rome, LLP: David M. Lobach, LL: Seymour Traub and Robert Wax

Leslie A. Hall, Executor of the Estate of Marilyn J. Hall, Deceased,

v.

St. Luke's University Health Network: St. Luke's Hospital of Bethlehem, Pennsylvania d/b/a St. Luke's Hospital; St. Luke's Hospital & Health Network: Susan Schantz: Richard A. Anderson: Blank Rome, LLP: David M. Lobach, LL: Seymour Traub and Robert Wax

Petition of: Harry H. Miller, Executor of the Estate of Regina C. Miller, Deceased & Leslie A. Hall, Executor of the Estate of Marilyn J. Hall, Deceased

Harry H. Miller, Executor of the Estate of Regina C. Miller, Deceased

v.

St. Luke's University Health Network: St. Luke's Hospital of Bethlehem, Pennsylvania d/b/a St. Luke's Hospital; St. Luke's Hospital & Health Network: Susan Schantz: Richard A. Anderson: Blank Rome, LLP: David M. Lobach, LL: Seymour Traub and Robert Wax

Leslie A. Hall, Executor of the Estate of Marilyn J. Hall, Deceased

v.

St. Luke's University Health Network: St. Luke's Hospital of Bethlehem, Pennsylvania d/b/a St. Luke's Hospital; St. Luke's Hospital & Health Network: Susan Schantz: Richard A. Anderson: Blank Rome, LLP: David M. Lobach, LL: Seymour Traub and Robert Wax

Cross Petition of: St. Luke's University Health Network: St. Luke's Hospital of Bethlehem, Pennsylvania d/b/a St. Luke's Hospital; St. Luke's Hospital & Health Network: Susan Schantz: Richard A. Anderson: Blank Rome, LLP: David M. Lobach, LL: Seymour Traub and Robert Wax

No. 504 MAL 2016
No. 550 MAL 2016

Supreme Court of Pennsylvania.

December 28, 2016

### ORDER

PER CURIAM

AND NOW, this 28th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Therion WATSON, Petitioner

No. 444 MAL 2016

Supreme Court of Pennsylvania.

Dec. 28, 2016

### ORDER

PER CURIAM

AND NOW, this 28th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

Charles WILLIAMS, Petitioner

v.

The STATE of PA. Dept. of Corrections, John Wetzel, Amanda West, Michael Overmyer, Deputy Supt. Oberlander, Deputy Supt. Horton, Lt. Haggerty, Major Ennis, Sgt. Bloss, C.O. I Berry, C.O. III Wentz, C.O. IV Delimpew, C.O. I Friedline, Ms. Siegel, Mr. Perry, Ms. Blake, Sgt. Krafcznski, C.O. I Barb and Mr. Blicha, Respondents

No. 317 WAL 2016

Supreme Court of Pennsylvania.

December 28, 2016